UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

CORNERSTONE SYSTEMS, INC.


v.                                    JUDGMENT IN A CIVIL CASE

CENTURY SURETY COMPANY                CASE NO: 09-cv-2745



---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the CONSENT ORDER OF DISMISSAL WITH PREJUDICE filed on August 26, 2010, this cause is hereby dismissed with prejudice.


APPROVED:


s/Bernice B. Donald
UNITED STATES DISTRICT COURT

DATE: 8/26/2010                    THOMAS M. GOULD
                                      Clerk of Court


                                   s/Taffy Elchlepp
                              (By)  Deputy Clerk